UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

YULIETH GOMEZ MEJIA,                                                                              Petitioner,

v.                                                                               Civil Action No. 4:25-cv-82-RGJ

JASON WOOSLEY, Grayson County Detention
Center; TODD M. LYONS, Acting Director,
Immigration and Customs,
KRISTI NOEM, Secretary of the U.S. Department
of Homeland Security; and
PAM BONDI, Attorney General of the United States,                           Respondents.

\* \* \* \* \*

## ORDER TO SHOW CAUSE

Petitioner Yulieth Gomez Mejia, by counsel, filed a petition seeking a writ of habeas corpus under 28 U.S.C. § 2241. Upon review of the petition, it is hereby

**ORDERED** as follows:

(1) The Clerk of Court **shall forward by certified mail, return receipt requested** one copy of the petition (Docket No. 1) and this Order on each Respondent and the United States Attorney for the Western District of Kentucky and shall additionally serve the United States Attorney for the Western District of Kentucky electronically at the following email address: ben.schecter@usdoj.gov.

(2) **On or before August 8, 2025**, Respondents shall **SHOW CAUSE** why the writ of habeas corpus should not be granted. *See* 28 U.S.C. § 2243; Fed. R. Civ. P. 6(a).

(3) Petitioner may file a reply **on or before August 11, 2025**.

(4) The parties shall appear before this Court for a hearing on the petition on **August 12, 2025, at 12:30 p.m**. Central Time at the U.S. Courthouse in Owensboro, Kentucky.

(5) "Unless the application for the writ and the return present only issues of law the person to whom the writ is directed shall be required to produce at the hearing the body of the

person detained." 28 U.S.C. § 2243.  If the Petitioner asserts that there are issues of fact necessary to be addressed in the hearing, then they shall inform the Respondents by **August 7, 2025 and the Respondent shall produce the body of the person detained at the hearing.**

Date:   August 5, 2025

Rebecca Grady Jennings, District Judge
United States District Court

cc:     Counsel
        Respondents, as directed above
        U.S. Attorney, WDKY, as directed above
4415.010